IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 08-cv-02516-WDM-MJW

SAVANNAH ROBINSON,

    Plaintiff,

v.

FMA ALLIANCE, LTD,

    Defendant.

---

**NOTICE OF DISMISSAL WITH PREJUDICE**

---

    The court takes notice of Plaintiff's Notice of Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(i). Accordingly, this case is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on December 10, 2008.

                                  BY THE COURT:

                                  s/ Walker D. Miller
                                  United States Senior District Judge